Filed 04/28/14     Case 14-24322     Doc 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRIBUTION OF CALIFORNIA



FILED
APR 2 8 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re )
**MULLER, Matthew Daniel** )
)  Case No. 14-24322
)
Debtor(s). )
_____ )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 4/28/14          _____
                                                     Debtor's Signature

DATED: _____          _____
                                                     Joint Debtor's (if any) Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

**Modesto Division**
1200 I Street, Suite 4
Modesto, CA 95354

EDC 2-100 (Rev. 10/1/13)



Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119


Pacific Gas and Electric
P.O. Box 997300
Sacramento, CA 95899


City of Sacramento Utilities
1395 35th Avenue
Sacramento, CA 95822


Sacramento Municipal Utilities District
6201 S Street
Sacramento, CA 95817


Cornerston Educational Loan Services
P.O. Box 145122
Salt Lake City, UT 84114


Steven Schule
1417 Garden Highway
Sacramento, CA 95833


Palo Alto Medical Foundation
795 El Camino Real
Palo Alto, CA 94301


Massachusetts Department of Revenue
PO Box 7010
Boston, MA 02204

Monty Muller
146 American River Canyon Drive
Folsom, CA 95630


Joyce Zarback
5300 Mississippi Bar Drive
Orangevale, CA 95662


Harvard University Student Loans
1350 Massachusetts Avenue
Cambridge, MA 02138


AllianceOne Receivable
6565 KIMBALL DR STE 200
Gig Harbor, WA 98335


Cornerstone/Dept of Education
1200 N 7TH ST
Harrisburg, PA 17102


American Honda Finance
600 KELLY WAY
Holyoke, MA 01040


Citibank
701 E 60TH ST N
Sioux Falls, SD 57104


Student Loan Trust
701 EAST 60TH STREET
Sioux Falls, SD 57104

US Dept of Ed GSL/ATL
PO BOX 4222
Iowa City, IA 52244

Asel Aliyasova
543 Everett Court 2
Palo Alto, CA 94301