# RELIEF FROM STAY SUMMARY SHEET
### * * * INSTRUCTIONS ON FORM EDC 3-468-INST * * *
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION..*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS NOT EVIDENCE.**

**DEBTOR(S):** Matthew Daniel Muller　　　　　　　**CASE NO.:** 14-24322-C-7

**MOVANT:** Steven Leon Schule　　　　　　　**D.C. No. SMR-1**

**HEARING DATE/TIME:** June 24, 2014 at 9:30 a.m.

**RELIEF IS SOUGHT AS TO:**

　　　(X) REAL PROPERTY　　　Assessor Parcel Number (APN):

　　　( ) PERSONAL PROPERTY　　If applicable, Vehicle Identification Number (VIN):

　　　(X) STATE COURT LITIGATION

**1.** Address OR description of property or state court action: 1724 East Socap Walk, Sacramento, CA 95811

**2.** Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other:
OR
Leased property is ( X ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( X ) Other: 12 month lease

**3.** Verified appraisal filed? _____ Movant's valuation of property: $_____

**4.** The following amounts are presently owing to movant for: Unpaid Rent

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ | $ | $ | $ |

**5.** State identity, rank, and balance owing to other known lien holders. Use additional page...... if necessary.

|  |  |
|---|---|
| N/A | $ |
| TOTAL ALL LIENS | $ |
| DEBTOR'S EQUITY | $ |

**6.** Monthly payment is $ 2,495.00　　　, of which $ _____ is for impound account. Monthly late charge is $___.

**7.** The last payment by debtor was received in <u>February, 2014,</u> and was applied to the payment due for <u>February, 2014.</u>

**8.** Number of payments past due and amount: (a) Pre-petition <u>$4,823.76</u> (b) Post-petition<u>$5,156.34</u>　　.

**9.** Notice of Default was recorded on _____. Notice of sale was published on _____.

**10.** If a chapter 13 case, in what class is this claim?

**11.** Grounds for seeking relief (check as applicable):
　　　( ) § 362(d)(1)　　( ) § 362(d)(2)　　( ) § 362(d)(3)　　( ) § 362(d)(4)
　　　(X) Cause　(X) Inadequate protection　　(X) Lack of equity　　( ) Lack of insurance　　( ) Bad faith
( ) Surrendered pursuant to Statement of Intention　( ) Report of No Distribution has been filed.
( ) Other _____.

**12.** For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.

Good cause exists to modify the automatic stay. The owner of the subject residential property is Steven Leon Schule. Matthew Daniel Muller, Debtor herein, occupies the subject residential property as a tenant. The debtor has no equity interest in the subject property. Continuation of the automatic stay under 11 U.S.C. §362(a) will work a real and irreparable harm to the owner herein.

EDC 3-468 (Rev. 11/10)