# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Matthew Daniel Muller | **Case No :** | 14−24322 − C − 7 |
| | | **Date :** | 6/24/14 |
| | | **Time :** | 09:30 |

**Matter :** [16] – Motion for Relief from Automatic Stay [SMR−1] Filed by Creditor Steven Leon Schule (Fee Paid $176) (eFilingID: 5210566) (svim)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Danielle Hendricks
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is denied, without prejudice as moot.

Dated: July 06, 2014

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court